by Samuel J. Kirkman against the Carlstadt Chemical Company. E. S. Hull, Jr., for appellant. Holt & Duross, for respondent. No opinion. Judgment reversed, and new trial granted, with costs to abide the event.

KLEIN, Respondent. v. EAST RIVER ELECTRIC LIGHT CO., Appellant. (City Court of New York, General Term. June, 1901.) Action by Frederick Klein against the East River Electric Light Company. Beardsley & Hemmens (Charles I. Taylor, of counsel), for appellant. Dittenhoefer, Gerber & James (David Gerber, of counsel), for respondent. No opinion. Order appealed from affirmed, with $10 costs and disbursements.

KOLASKY, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Term. June, 1901.) Action by Samuel Kolasky against the Metropolitan Street Railway Company. A. S. Sarasohn, for appellant. H. A. Robinson (G. Glenn Worden, of counsel), for respondent.

PER CURIAM. Plaintiff's exception to the ruling of the court upon the question of the admission of the ordinance was well taken, and requires a reversal of the judgment. Judgment reversed, and new trial ordered, with costs to abide event.

KREIZER, Respondent, v. KITAOKA, Appellant. (City Court of New York, General Term. May, 1901.) Action by Bernard Kreizer against Yoshizo Kitaoka. Stern, Singer & Barr (William J. Barr, of counsel), for appellant. Fromme Bros. (James A. Douglas, of counsel), for respondent.

PER CURIAM. The order appealed from must be affirmed. The record shows willful contempt for the court's mandate. The defendant disposed of his property contrary to the injunction contained in the order for his examination, thereby causing plaintiff's damage in at least the sum of $250. The order appealed from is affirmed, with costs. Order affirmed, with costs.

KREMER, Respondent, v. ADLER et al., Appellants. (Supreme Court, Appellate Term. June, 1901.) Action by Benjamin M. Kremer against Max Adler and others. S. Goodelman, for appellants. Sanders & Feltenstein, for respondent.

PER CURIAM. The testimony clearly shows that the account presented to the defendants on January 22, 1901, was correct and past due. The alleged arrangement then said to have been entered into between defendants and the plaintiff's agent, that they should pay less than the amount of the bill in full of same and return some of the goods, was at once repudiated and disavowed by the principal, and notice thereof given to the defendants. The deduction from the account was thus rendered nugatory. It is quite true the plaintiff retained and used the defendants' check for the reduced sum, which was marked "in full to date." This of itself

has no weight, there being nothing in way of settlement of disputed claims to serve as a consideration, or any element to support an accord and satisfaction. Judgment affirmed, with costs.

LANDES, Respondent, v. WHITNEY, Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by Leonard Landes against Frederick C. Whitney. Howe & Hummel, for appellant. W. H. Schnitzler, for respondent. No opinion. Judgment affirmed, with costs.

LANE, Respondent, v. WINTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1901.) Action by John A. Lane against Margaret J. Winter. No opinion. Judgment and order affirmed, with costs.

WILLIAMS, J., not voting.

LAPHAM, Respondent, v. LAPHAM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 18, 1901.) Action by Kathleen H. M. B. Lapham against George H. Lapham, Reuben A. Scofield, as receiver, etc., and others. No opinion. Motion for reargument denied, with $10 costs and disbursements. See 54 N. Y. Supp. 1105.

LASHER, Respondent, v. CURRIE, Appellant. (Supreme Court, Appellate Division, Third Department. September 4, 1901.) Action by Catherine A. Lasher against Albert A. Currie. No opinion. Motion denied.

LATTINVILLE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 8, 1901.) Action by Noah Lattinville, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

LEARY et al., Appellants, v. ALBANY BREWING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 1, 1901.) Action by John F. Leary and others against the Albany Brewing Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless within 15 days the appellant files and serves the printed papers on appeal on the defendant's attorney, in which event the motion is denied, without costs.

LEE, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 18, 1901.) Action by John Lee against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion denied.

LEE, Respondent, v. THIRD AVE. R. CO., Appellant. (City Court of New York, General Term. May, 1901.) Action by Robert Lee